UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA L.P., <br> THE P.F. LABORATORIES, INC., and <br> PURDUE PHARMACEUTICALS L.P., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )    C. A. No. 07-549 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### PLAINTIFFS' FED. R. CIV. P. 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiffs Purdue Pharma L.P. and Purdue Pharmaceuticals L.P. hereby state that they have no parent corporations. The P.F. Laboratories, Inc. states that its parent corporation is Pharmaceuticals Research Associates, Inc. Purdue Pharma L.P. and Purdue Pharmaceuticals L.P. further state that there are no publicly held corporations that own more than 10% of their limited partnership interests. The P.F. Laboratories, Inc. further states that there are no publicly held corporations that own more than 10% of its stock.

                     MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                     /s/ Jack B. Blumenfeld
                     Jack B. Blumenfeld (#1014)
                     Rodger D. Smith II (#3778)
                     1201 North Market Street
                     P.O. Box 1347
                     Wilmington, DE 19899
                     (302) 658-9200
                     jblumenfeld@mnat.com
                     rsmith@mnat.com

                     *Attorneys for Plaintiffs Purdue Pharma L.P.,*
                        *The P.F. Laboratories, Inc., and*
                        *Purdue Pharmaceuticals L.P.*

*Of Counsel*:

Herbert F. Schwartz
Robert J. Goldman
Denise L. Loring
Pablo D. Hendler
Richard A. Inz
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

John J. Normile
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

September 12, 2007