AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

Purdue Pharma L.P., The P.F. Laboratories,
Inc. and Purdue Pharmaceuticals L.P.,
                Plaintiffs,

V.

Apotex Inc. and Apotex Corp.,
                Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

07 - 549

TO: (Name and address of Defendant)

Apotex Inc.
c/o Welsh & Katz, Ltd.
Attention: Robert B. Breisblatt
120 South Riverside Plaza
22nd Floor
Chicago, IL  60606

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within __20 (twenty)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

*(signature)*

(By) DEPUTY CLERK

SEP 1 2 2007

DATE

# Affidavit of Process Server

| Purdue Pharma LP et al | vs | Apotex Inc et al | 07-549 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I __Aaron Willoughby__,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Apotex Inc__
<br>NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage.

☒ __Summons & Complaint, Plaintiffs FED R CIV / Exhibit A, Notice of Availability__ ___Statement___

by serving (NAME) __Carol Hoefler Authorized by Atty R.B. Briesblatt Reg Agent To Accept Service__

at ☐ Home

☒ Business __120 South Riverside Plaza Chicago IL__

☒ on (DATE) __9-14-07__ at (TIME) __10:03 AM__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __Carol Hoefler__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading   ☐ Other: _____
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____, ( )_____, 
                                                    DATE TIME        DATE TIME
( )_____, ( )_____, ( )_____
   DATE TIME     DATE TIME     DATE TIME

**Description:**
☐ Male   ☒ White Skin   ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'   ☐ Under 100 Lbs.
☒ Female ☐ Black Skin   ☒ Brown Hair  ☐ Balding      ☐ 21-35 Yrs.   ☐ 5'0"-5'3"  ☐ 100-130 Lbs.
         ☐ Yellow Skin  ☐ Blond Hair                 ☐ 36-50 Yrs.   ☒ 5'4"-5'8"  ☒ 131-160 Lbs.
         ☐ Brown Skin   ☐ Gray Hair    ☐ Mustache    ☒ 51-65 Yrs.   ☐ 5'9"-6'0"  ☐ 161-200 Lbs.
☐ Glasses ☐ Red Skin    ☐ Red Hair     ☐ Beard       ☐ Over 65 Yrs. ☐ Over 6'    ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois   County of Cook

Subscribed and sworn to before me, a notary public, this __14__ day of __September__, 20 __07__

SERVED BY
LASALLE PROCESS SERVERS

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2007

NAPPS

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.