IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA L.P.,<br>THE P.F. LABORATORIES, INC., and<br>PURDUE PHARMACEUTICALS L.P.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-549-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Defendants' time to answer, move or otherwise respond to the Complaint in this action is extended to November 2, 2007.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP          POTTER ANDERSON & CORROON LLP

By: */s/ Rodger D. Smith, II*
    Jack B. Blumenfeld (#1014)
    Rodger D. Smith, II (#3778)
    1201 N. Market Street
    P.O. Box 1347
    (302) 658-9200
    jblumenfeld@mnat.com
    rsmith@mnat.com

*Attorneys for Plaintiffs Purdue Pharma L.P.,
The P.F. Laboratories, Inc., and
Purdue Pharmaceuticals L.P.*

By: */s/ Richard L. Horwitz*
    Richard L. Horwitz (#2246)
    Kenneth L. Dorsney (#3726)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    kdorsney@potteranderson.com

*Attorneys for Defendants Apotex Inc. and
Apotex Corp.*

          **SO ORDERED** this ___ day of _____, 2007

                                        _____
                                        United States District Judge

821384 / 32285