IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC., and PURDUE PHARMACEUTICALS L.P., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-549-SLR |
| v. | ) ) | |
| APOTEX INC. and APOTEX CORP., | ) ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)**

Plaintiffs Purdue Pharma L.P., The P.F. Laboratories, Inc. and Purdue Pharmaceutical L.P. and Defendants Apotex Inc. and Apotex Corp., by their respective counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and subject to the approval of the Court, hereby stipulate to the dismissal, without prejudice, of the Complaint filed in this action on September 12, 2007 (D.I. 1).

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| By: */s/ Rodger D. Smith II*<br>Jack B. Blumenfeld (#1014)<br>Rodger D. Smith, II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>Tel: (302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com | By: */s/ Richard L. Horwitz*<br>Richard L. Horwitz (#2246)<br>Kenneth L. Dorsney (#3726)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>kdorsney@potteranderson.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

**SO ORDERED** this ___ day of _____, 2007.

_____
United States District Judge

1316046